| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Global Caribbean, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $32,891.45 |
| AMERICAN METALCRAFT, INC. 3708 N River Road, Ste 800 Franklin Park, IL 60131 | | | | | | $3,867.21 |
| AMERICAN ROLAND FOOD ,LLC 71 West 23rd Street New York, NY 10010 | | | | | | $53,667.00 |
| BADIA SPICES, INC. P.O.BOX 226497 Miami, FL 33222-6497 | | | | | | $35,618.12 |
| BROWNE USA,INC. 100 Campus Town Circle Suite #103, Drop 103 Trenton, NJ 08638 | | | | | | $4,338.70 |
| CAMBRO MANUFACTURING COMPANY 5801 Skylab Road Huntington Beach, CA 92647-2056 | | | | | | $10,508.57 |
| CHENEY BROTHERS One Cheney Way West Palm Beach, FL 33404-7000 | | | | | | $4,138.20 |

Debtor  **Global Caribbean, Inc.**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| CROWN BRANDS, LLC<br>300 KNIGHTSBRIDGE PARKWAY, STE 400<br>Marietta, GA 30069 | | | | | | $33,723.64 |
| FINELINE SETTINGS<br>135 Crotty Road, Ste # 1<br>Middletown, NY 10941 | | | | | | $3,320.26 |
| FORBES INDUSTRIES<br>1933 East Locust Street<br>Ontario, CA 91761 | | | | | | $8,118.35 |
| FRONT OF THE HOUSE<br>7630 Biscayne Blvd<br>Miami, FL 33138 | | | | | | $6,704.92 |
| GLOBAL FOOD CORP.<br>11450 NW 112nd Street<br>Building A, Suite 400<br>Miami, FL 33178 | | | | | | $4,169.90 |
| H.D SHELDON & CO INC<br>143 West 29th Street<br>12th Floor<br>New York, NY 10001 | | | | | | $20,883.22 |
| INTERNATIONAL HANGER<br>P.O.Box 1656<br>San Antonio, TX 78296-1656 | | | | | | $3,269.06 |
| J.D. HONIGBERG INTERNATIONAL, INC.<br>1945 Techny Road, Unit 4<br>Northbrook, IL 60062 | | | | | | $4,839.22 |
| ROSENTHAL SAMBONET USA LTD<br>685 State Route 10<br>Randolph, NJ 07869-2054 | | | | | | $3,990.29 |

Debtor  **Global Caribbean, Inc.**                                  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RUBBERMAID COMMERCIAL PRODUCTS<br>75 Remittance Drive<br>Suite 1167<br>Chicago, IL 60675-1167 | | | | | | $6,532.28 |
| SBA Loan (PPP - Citibank)<br>Citibank CBO Services<br>PO Box 769018<br>San Antonio, TX 78245 | | | | | | $37,800.00 |
| STEELITE INTERNATIONAL<br>154 Keystone Drive<br>New Castle, PA 16105 | | | | | | $11,652.30 |
| TRUJILLO & SONS INC.<br>3325 NW 62nd ST<br>Miami, FL 33147 | | | | | | $7,244.40 |

**Fill in this information to identify the case:**

Debtor name: **Global Caribbean, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 4, 2021**   X  /s/ Sandra Rivera, Secretary
Signature of individual signing on behalf of debtor

**Sandra Aileen Rivera**
Printed name

**Secretary**
Position or relationship to debtor